FORT DODGE TRANSPORTATION COMPANY, Plaintiff-Appellant, *v.* ROY STONE TRANSFER COMPANY, Defendant-Appellee.

(No. 70-151;

Second District—April 6, 1971.

Opinion by Mr. JUSTICE ABRAHAMSON.

Bert P. Snow, of Freeport, (John F. Graff, of counsel,) for appellant.

Robert K. Clark, of Rockford, for appellee.